[No. 61151-8-I.   Division One.   June 9, 2008.]

ROBERT FREE GALVAN, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-29328-4, Charles W. Mertel, J., entered January 29, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Leach, JJ.

[No. 61259-0-I.   Division One.   June 9, 2008.]

WHATCOM COUNTY, *Respondent*, v. JOHN P. ROSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-02400-0, Ira Uhrig, J., entered August 4, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 32839-9-II; 35239-7-II.   Division Two.   June 10, 2008.]

*In the Matter of the Marriage of* JOAN HELEN WRIGHT, *Appellant*, and ROBERT DWAYNE WRIGHT, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 03-3-02859-1, Katherine M. Stolz, J., entered January 7, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 35732-1-II.   Division Two.   June 10, 2008.]

BROGAN & ANENSEN, LLC, *Respondent*, v. WAYNE W. LAMPHIEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-2-01593-1, David E. Foscue, J., entered November 28, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.